**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:23-cr-91 |
| GRAYLYN SIMMONS, | |
| Defendant. | |

**O R D E R**

On May 21, 2026, the parties filed their Joint Status Report.  Doc. 214.  In the Report, the parties state that all pretrial motions filed in this case as to Defendant Graylyn Simmons have been satisfied or otherwise resolved.  There being no pending pretrial motions before the Court, the Court has cancelled the motions hearing scheduled for June 22, 2026 at 1:30 p.m., as to Defendant Graylyn Simmons.

**SO ORDERED**, this 10th day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
2SOUTHERN DISTRICT OF GEORGIA